UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J BALLENTINE,

Plaintiff,

-against-

CREDIT ONE BANK,

Defendant.

26-cv-4194 (LLS)

CIVIL JUDGMENT

For the reasons stated in the August 12, 2026, order, this action is dismissed for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated: August 18, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge